# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149308(3)

ALLAN FALK,
      Plaintiff,

v

SC: 149308

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.
_____/

      On order of the Chief Justice, the Grievance Administrator's motion to extend the time to file a response to the complaint for superintending control is GRANTED. The response will be accepted as timely filed if filed on or before June 24, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2014



Clerk